THERESA A. GUARINO, as Administratrix of the Estate of VITO AULISO, Deceased, Respondent, *v.* O. CIVIL TRUCKMAN, INCORPORATED, Appellant, Impleaded with Another.

(Argued April 11, 1930; decided May 6, 1930.)

622

Albert Eberline, Benjamin C. Loder and John H. Scully for appellant.

Leonard F. Fish, George A. Grabow and Edward Gordon for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.